PENACHIO MALARA, LLP
Anne Penachio, Esq.
245 Main Street - Suite 450
White Plains, New York 10601
T: (914) 946-2889
F: (914) 206-4884

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
In re                                             :

MARY ELLEN MERUSI,                  :    CHAPTER 11

                        Debtor.    :    CASE NO.: 15-22392 (shl)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF ADJOURNMENT OF HEARING ON APPLICATION FOR FINAL DECREE

**PLEASE TAKE NOTICE** that a hearing on the Application for Final Decree (Dkt. No. 224) has been adjourned from July 13, 2023 at 10:00 AM to August 16, 2023 at 10:00 AM.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be held before the Honorable Sean H. Lane in his Courtroom at the United States Bankruptcy Court, 300 Quarropas Street, White Plains, NY 10601.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted remotely through Zoom for Government. Please refer to the Bankruptcy Court website www.nysb.uscourts.gov and/or contact the undersigned for guidance.

Dated: White Plains, New York
        July 12, 2023

                                                PENACHIO MALARA, LLP
                                                /s/ Anne Penachio
                                                Anne Penachio, Esq.
                                                Counsel for the Debtor
                                                245 Main Street, Suite 450
                                                White Plains, NY 10601
                                                (914) 946-2889